IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

LAWRENCE LEE ELMORE,

        Plaintiff,

    v.

JACKSON COUNTY, et al.

        Defendants.

No. 1:12-cv-1332-CL

**ORDER**

**PANNER, District Judge**:

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (8th Cir. 1983).

    I agree with Magistrate Judge Clarke that plaintiff's claims must be dismissed as barred by the statute of limitations, and

1 - ORDER

that plaintiff should be given leave to file an amended complaint asserting a claim for malicious prosecution.  Accordingly, I ADOPT the Report and Recommendation of Magistrate Judge Clarke.

### CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#27) is adopted.  Defendants' motion to dismiss (#13) and plaintiff's motion for reconsideration (#25) are granted.  Plaintiff may file an amended complaint within thirty days.

IT IS SO ORDERED.

DATED this _27_ day of March, 2013.

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER