IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

LAWRENCE LEE ELMORE,

       Plaintiff,

  v.

JACKSON COUNTY, et al.

       Defendants.

No. 1:12-cv-1332-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews legal principles *de novo*. See <u>Lorin Corp. v Goto & Co., Ltd.</u>, 700 F.2d 1202, 1206 (8th Cir. 1983).

    I agree with Magistrate Judge Clarke that plaintiff's claims must be dismissed as barred by the statute of limitations, and

1 - ORDER

that plaintiff should be given leave to file an amended complaint asserting a claim for malicious prosecution. Accordingly, I ADOPT the Report and Recommendation of Magistrate Judge Clarke.

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#27) is adopted. Defendants' motion to dismiss (#13) and plaintiff's motion for reconsideration (#25) are granted. Plaintiff may file an amended complaint within thirty days.

IT IS SO ORDERED.

DATED this 27 day of March, 2013.

*/s/ Owen M. Panner*
OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER