IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

LAWRENCE LEE ELMORE,

    Plaintiff,

    v.

JACKSON COUNTY, et al.

    Defendants.

No. 1:12-cv-1332-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews legal principles *de novo*. See <u>Lorin Corp. v Goto & Co., Ltd.</u>, 700 F.2d 1202, 1206 (8th Cir. 1983).

    I agree with Magistrate Judge Clarke that plaintiff's claim for malicious prosecution must be dismissed based on qualified

1 - ORDER

immunity and failure to state a claim. Accordingly, I ADOPT the Report and Recommendation.

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#57) is adopted. Defendants' amended motion to dismiss (#37) is granted with prejudice.

IT IS SO ORDERED.

DATED this __7__ day of January, 2014.

*[signature]*

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER